# EXHIBIT A



Claudia Sampedro



Claudia Sampedro

# EXHIBIT B

Joanna Krupa

# EXHIBIT C



Lucy Pinder

# EXHIBIT D

Tiffany Toth

# EXHIBIT E

Ursula Mayes

